UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Jeffrey C. Morris,                                          Civil No. 07-1173 (RHK/SRN)

        Petitioner,
v.                                                          **ORDER**

Robert Feneis,

        Respondent.
_____

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated March 2, 2007. Timely Objections have been filed to the Report and Recommendation by Petitioner.

Based on this Court's de novo review of the Report and Recommendation and the Objections thereto, and upon all of the files, records and proceedings herein, **IT IS ORDERED**:

    1. The Objections (Doc. No. 6) are **OVERRULED**;

    2. The Report and Recommendation (Doc. No. 5) is **ADOPTED**;

    3. Petitioner's application for leave to proceed in forma pauperis (Doc. No. 4) is **DENIED**;

    4. Petitioner's Motion For Discovery (Doc. No. 3) is **DENIED**; and

    5. This action is summarily **DISMISSED** for lack of jurisdiction.

DATED: March 20, 2007.

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge